In the Matter of the Claim of GEORGE SCUDDER, Appellant, v. NEW YORK STATE CONSERVATION DEPARTMENT et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.